

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-17-00586-CV

Juan Garcia **MORENO,**
Appellant

v.

Juan Garcia **MORENO,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-17672
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's First Amended Motion for Extension of Time to File Appellee's Brief is DENIED AS MOOT. On January 29, 2018, this court granted appellee an extension of time. Appellee's brief is due February 20, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court